IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MICHAEL STAR,
    Plaintiff,

v.                      Civil Action No. 1:18cv1544

BILBO BAGGINS RESTAURANT,
    Defendant.

## ORDER

The matter came before the Court for oral argument on defendant's motion to dismiss plaintiff's complaint. At the hearing, plaintiff voluntarily dismissed his federal claims, including any ADA or Title VII claims, and requested that his remaining state law claim(s) be remanded to state court.

Based on plaintiff's oral dismissal of his federal claims,

It is hereby **ORDERED** that plaintiff's federal claims are **DISMISSED WITHOUT PREJUDICE.**

It is further **ORDERED** that defendant's motion to dismiss (Doc. 8) is **DENIED AS MOOT** as to plaintiff's federal claims.

The Clerk is directed to provide a copy of this Order to plaintiff at his last known address and to all counsel of record.

Alexandria, Virginia
February 4, 2019

                                       /s/
                                 T. S. Ellis, III
                                 United States District Judge