# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

MICHAEL STAR,
    Plaintiff,

v.          Civil Action No. 1:18cv1544

BILBO BAGGINS RESTAURANT,
    Defendant.

## ORDER

The matter came before the Court for oral argument on defendant's motion to dismiss plaintiff's complaint. At the hearing, plaintiff voluntarily dismissed all of his federal claims, including any ADA or Title VII claims, and requested that his remaining state law claim(s) be remanded to state court.

Because plaintiff's federal claims were voluntarily dismissed, this Court no longer has jurisdiction over this matter.

Accordingly,

It is hereby **ORDERED** that this matter is **REMANDED** to the Circuit Court for the City of Alexandria.

It is further **ORDERED** that all motions are **DENIED AS MOOT** and all pending deadlines and hearings are **CANCELLED**.

The Clerk is directed to provide a copy of this Order to plaintiff at his last known address and to all counsel of record.

The Clerk is further directed to remand this matter to state court, and to place this matter among the ended causes.

Alexandria, Virginia
February 4, 2019

/s/
T. S. Ellis, III
United States District Judge